and five typewritten copies of the brief. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS GELAC BROWN, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person denied. Motion for assignment of counsel denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT JAY BROWN, Appellant.— Motion for leave to prosecute appeal as a poor person granted and Edwin J. Beyerl, Esq., attorney at law, 502 State Street, Schenectady, New York, is assigned as counsel for appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of HARLEY C. BENNETT, Petitioner, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOHN WELLS, Appellant, against ALVA S. STAPLES Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of STELLA WIMMER, Appellant, against REKOON CONSTRUCTION COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Estate of DIETER K. DANKERL, Deceased.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of TIBBETTS CONTRACTING CORPORATION, Appellant, v. WALTER A. ODELL, as Clerk, et al., Respondents.— Motion by appellant to add the case to the current calendar denied. Cross motion by respondent to dismiss the appeal denied, with leave to renew upon the argument of the appeal. We do not pass upon the contention that the appeal must be taken from the order as resettled. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DE FALCO, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion, in all other respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of JAMES PIERCE, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion, in all other respects, denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of THOMAS NICHOLSON, Petitioner, against PAUL D. McGINNIS, as Commissioner of the Department of Correction of the State of New York, et al., Respondents.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J. Coon, Gibson, Herlihy and Reynolds, JJ.